UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTHONY RAY THOMPSON                                                                    PLAINTIFF

VERSUS                                                               CIVIL ACTION NO. 1:08CV207-RHW

PEARL RIVER COUNTY CORRECTIONAL FACILITY et al                      DEFENDANTS

### FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendants are DISMISSED without prejudice for failure to prosecute.

SO ORDERED, this the 6th day of August, 2009.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE